ORDERED.

**Dated: March 14, 2016**

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

THOMAS J KALOMIRIS
CHRISTINA J KALOMIRIS
A/K/A CHRISTINA J MAROULIS
A/K/A CHRISSY J MAROULIS

Case No. 8:15-bk-11661-KRM

Chapter 7

Debtors
_________________________________/

**ORDER GRANTING WELLS FARGO BANK, N.A**

**RELIEF FROM AUTOMATIC STAY**

THIS CASE came on for consideration on the Motion for Relief from Stay filed by Wells Fargo Bank, N.A (Document No. 17). No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED:**

1. The Motion (Doc. No. 17) is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**PARCEL 1:**
**LOT 36 'D' IN KNOLLWOOD SUBDIVISION IN THE EAST 1/2 OF SECTION 9, TOWNSHIP 42 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

**PARCEL 2:**
**EASEMENT FOR THE BENEFIT OF PARCEL 1 FOR INGRESS AND EGRESS OVER AND UPON THAT PART OF OUTLOT A (SHOWN AS KNOLLWOOD DRIVE AND OTHER DRIVES ON PLAT OF SUBDIVISION) AS CREATED BY PLAT OF SUBDIVISION RECORDED SEPTEMBER 6, 1989 AS DOCUMENT 89417307 AND AS CREATED BY DEED FROM BAXTER MANAGEMENT CORPORATION TO MICHELLE GAETA AND MICHAEL J. GAETA, MARRIED TO JOHANNA GAETA RECORDED MAY 15, 1992 AS DOCUMENT 92334662.**

**PARCEL 3:**
**EASEMENT FOR THE BENEFIT OF PARCEL 1 FOR INGRESS AND EGRESS OVER AND UPON PARTS OF OUTLOT A AS CREATED BY DECLARATION FOR KNOLLWOOD TOWNHOMES RECORDED NOVEMBER 1, 1991 AS DOCUMENT 91575038 AND AS CREATED BY DEED MADE BY BAXTER MANAGEMENT CORPORATION TO MICHELLE GAETA AND MICHAEL J. GAETA, MARRIED TO JOHANNA GAETA RECORDED MAY 15, 1992 AS DOCUMENT 92334662.**

**a/k/a 1130 N. KNOLLWOOD DR.**
**PALATINE, IL 60067**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the debtor.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

Attorney Stefan Beuge is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

CHRISTINA J KALOMIRIS
A/K/A CHRISTINA J MAROULIS
A/K/A CHRISSY J MAROULIS
243 KATHERINE BLVD., #5208
PALM HARBOR, FL 34684

THOMAS J KALOMIRIS
243 KATHERINE BLVD., #5208
PALM HARBOR, FL 34684

BARBARA J HUNTING, ESQ.
2706 ALT. 19, SUITE 310
PALM HARBOR, FL 34683

CAROLYN R. CHANEY, (TRUSTEE)
PO BOX 530248
ST. PETERSBURG, FL 33747

UNITED STATES TRUSTEE - TPA7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602